**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                   CASE NO: 3:01CR78-003

EVION WITHERSPOON,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

    Before the Court is the Government's Rule 35 motions advising that a reduction in defendant's sentence may be warranted by her continued cooperation and substantial assistance since her sentencing. Although defendant was originally sentenced as permitted by Rule 5K1 to a period below the guideline range and the minimum mandatory sentence, the Court finds that a further reduction is proper to reward her continued and significant assistance to the Government in the prosecution of others.

    Defendant's sentence of confinement is, therefore, reduced from 198 months to 120 months on Count I and from 180 months to 120 months on Counts III and V, each count to run concurrent, one with the other. Any further reduction would trivialize the role this defendant played in the drug conspiracy for which she was convicted. In addition, her record of prior drug convictions stands in the way of further reduction.

    In all other respects, the original sentence imposed by this Court's order of 20 December 2001 shall remain unchanged.

    **ORDERED** this 17th day of July 2006.

                                        *s/L.A. Collier*
                                      LACEY A. COLLIER
                             Senior United States District Judge