# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                               CASE NO.  3:01cr78-003LAC

EVION WITHERSPOON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  February 4, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE BASED ON RETROACTIVE GUIDELINE AMENDMENT, EFFECTIVE MARCH 03, 2008, CONCERNING COCAINE BASE ("CRACK") THAT HAVE THE EFFECT OF LOWERING GUIDELINE RANGE

Filed by  DEFENDANT PRO SE           on 2/4/2008          Doc.# 178

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated     ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of February, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice.  The retroactive application does not become effective until 3 March 2008.*

s/*L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.